IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**FLANDO SELVY**                                                                                    **PLAINTIFF**

**v.**                         **CASE NO. 3:19-CV-00005 BSM**

**MIKE ALLEN, et al.**                                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of January 2019.

_____
UNITED STATES DISTRICT JUDGE